AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

07 DEC 21 AM 9:18

### OFFENSE CHARGED

Title 8, United States Code section 1326
Illegal Re-Entry by a Previously Deported Alien

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ ANTONIO ROJAS-BAZART

**DISTRICT COURT NUMBER**

**PENALTY:**
20 Years Imprisonment, 3 Years Supervised Release
$250,000 Fine
$100 Special Assessment

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

U.S. Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
CR07-70708 BZ

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Owen Martikan

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

<=>

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
07 DEC 21 AM 9:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 07 - 0813 WHA |
| Plaintiff, | ) | |
| | ) | VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation |
| v. | ) | |
| | ) | |
| ANTONIO ROJAS-BAZAN, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about August 13, 2003, December 17, 2004, and September 27, 2006, the defendant,

ANTONIO ROJAS-BAZAN,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about November 19, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a

//

INFORMATION


re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 12/20/07

(Approved as to form: _____)
OWEN P. MARTIKAN
Assistant United States Attorney

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Division

INFORMATION                    2